FILED
CLERK U.S. DISTRICT COURT

MAR 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 8-875 PSG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>Marquese Dury<br>　　　　Defendant. | ORDER OF DETENTION AFTER<br>HEARING (Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//

//


The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:
_he can abide by court orders_

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IT IS ORDERED that defendant be detained.

DATED: 3/11/10

_[signature]_
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE